FILED'07 JAN 12 14:42 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DANA D. GOERTZEN,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security

    Defendant.

Civil No. 05-1408-PK

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $5,110.95 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 1·12 , 2007.

_____
PAUL PAPAK
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

PRESENTED BY:

s/ Richard A. Sly
Richard A. Sly
OSB #63074
(503) 224-0436
Attorney for Plaintiff